JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al., <br><br>           Plaintiffs, <br><br>     v. <br><br>TAHLEQUAH STEEL, INC., a California Corporation, <br><br>           Defendant. | Case No.: 2:16-cv-00282-ODW (AFMx) <br><br>**ORDER ON STIPULATION FOR FUTURE ENTRY OF JUDGMENT AGAINST DEFENDANT TAHLEQUAH STEEL, INC. [24]** <br><br>Complaint Filed: January 13, 2016 <br>Trial Date: March 21, 2017 |

   IT IS ORDERED that the Stipulation for Future Entry of Judgment entered into by Plaintiffs and Defendant Tahlequah Steel, Inc. and filed with the Court on November 22, 2016 be entered in the above-entitled action against Defendant Tahlequah Steel, Inc.

   The Court retains jurisdiction over the parties at their request in order to enforce the Stipulation for Future Entry of Judgment until full performance of its terms. The trial date and all pre-trial dates and deadlines are hereby taken off calendar.

Dated: November 22, 2016

_____
The Honorable Otis D. Wright II
United States District Judge

1

ORDER ON STIPULATION FOR FUTURE ENTRY OF JUDGMENT AGAINST DEFENDANT TAHLEQUAH STEEL, INC.